[No. 26278-5-I.   Division One.   May 18, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. ADRIAN DEMETRIUS JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-02750-1, Jim Bates, J., entered April 18, 1990. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Agid, J.

[No. 14847-1-II.   Division Two.   May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO ALMONTES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 90-1-00277-7, David R. Draper, J., entered March 6, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 15082-4-II.   Division Two.   May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNLEE KIVI, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00013-0, Leonard W. Costello, J. Pro Tem., entered June 14, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.